COURT OF APPEALS

                                                 SECOND
DISTRICT OF TEXAS

                                                                FORT
WORTH

 

 

                                                 NO.
2-10-153-CV

 

 

SFTF HOLDINGS, LLC                                                                       APPELLANT

 

                                                             V.

 

PRIMELENDING, A PLAINSCAPITAL                                                 APPELLEES

COMPANY,
MORTGAGE ELECTRONIC

REGISTRATION
SYSTEMS, INC.,

AS
NOMINEE FOR LENDER AND 

LENDERS
SUCCESSORS AND 

ASSIGNS,
AND ONEWEST BANK, 

FSB,
AS DULY AUTHORIZED 

MORTGAGE
SERVICER FOR WELLS 

FARGO
BANK, NA AS TRUSTEE 

OF
THE LEHMAN MORTGAGE 

TRUST
2007-1 TRUST FUND

 

                                                       ------------

 

               FROM
THE 17TH DISTRICT COURT OF TARRANT COUNTY

 

                                                       ------------

 

                                      MEMORANDUM OPINION[1]

 

                                                       ------------

 








Appellant
SFTF Holdings, LLC attempts to appeal from the trial court=s AOrder
Granting Summary Judgment@ signed May 14, 2010, in
favor of Mortgage Electronic Registration Systems, Inc. and Onewest Bank, FSB.

On
May 17, 2010, this court sent a letter to SFTF Holdings stating that we were
concerned that we might not have jurisdiction because the order did not appear
to dispose of all parties in the case. 
We stated that unless SFTF Holdings or any party desiring to continue
the appeal filed a response showing grounds for continuing the appeal, this
appeal would be dismissed for want of jurisdiction.  No response was filed.

Because
there is no final judgment or appealable order, we dismiss the appeal for want
of jurisdiction.  See Tex. R. App.
P. 42.3(a), 43.2(f).

 

 

PER
CURIAM

 

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DELIVERED:  July 1, 2010











[1]See Tex. R. App. P. 47.4.